# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RANDY MICHAEL PEREZ (#622112)**     **CIVIL ACTION**

**VERSUS**

**23-497-JWD-RLB**

**LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS**

## RULING

On or about June 26, 2023, the *pro se* plaintiff, a person confined at the Elayn Hunt Correctional Center, filed a Complaint (R. Doc. 1) alleging a violation of his constitutional rights. The Complaint was not on an approved form, and the plaintiff did not pay the Court's filing fee or submit a Motion to Proceed *in Forma Pauperis*. Pursuant to correspondence dated August 2, 2023 (R. Doc. 2), the Court directed the plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. As such, the plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS ORDERED** the above-captioned proceeding be **DISMISSED**, **WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on September 15, 2023.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**