UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RANDY MICHAEL PEREZ (#622112)**    **CIVIL ACTION**

**VERSUS**

**23-497-JWD-RLB**

**LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS**

### JUDGMENT

For the written reasons assigned,

**IT IS ORDERED, ADJUDGED** and **DECREED** that the above-captioned proceeding be and is hereby **DISMISSED, WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana on September 15, 2023.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**